THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 9, 2017



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Corrine Miller,
      Debtor.

Case No. 17−21312−gmh
Chapter 13

# ORDER CONFIRMING PLAN

The Debtor's plan was filed on 02/24/2017. The plan was transmitted to those creditors required by Federal Rule of Bankruptcy Procedure 3015, Local Rule 3015, or Order of the Court, and no objections were filed. Upon review of the plan and the entire file in this case, the Court finds that the plan meets the requirements of 11 U.S.C. §1325.

IT IS ORDERED THAT:

The Debtor's chapter 13 plan is confirmed. This order gives effect to all of the plan's terms. The following is only a partial summary of those terms.

1. Payments of $680.00 monthly for 60 months.

2. The effective date of the plan is 11/1/2017.

3. The plan projects to pay each creditor with allowed−non−priority unsecured claims an amount that is not less than 0.00% of its allowed−non−priority unsecured claims.

4. The Debtor must provide copies of state and federal income tax returns to the trustee each year by April 30th of the year in which the return is due, and shall comply with any requirements of the plan regarding tax refunds.

5. The Debtor shall not borrow money, incur credit or sell or transfer property of the estate without the express written consent of the trustee or an order of this court.

6. If the Debtor is engaged in business, the Debtor shall provide periodic financial statements to the trustee.

7. Unless the court otherwise orders, all creditors with claims entitled to priority under 11 U.S.C. §507 shall be paid, in deferred cash payments, the full amount of the portion of their claim that is entitled to that priority.

#####